# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Ernst Theodore Tenemille <br><br> *Plaintiff(s)* <br> v. <br> Town of Ramapo, et al. <br><br> *Defendant(s)* | Civil Action No. <br><br> **18 CV 00724** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Please see attached Addendum

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/18

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Pro Se
    Ernst Theodore Tenemille
    7 Arrow Lane
    New City, NY 10956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   01/26/2018                                             *Signature of Clerk or Deputy Clerk*



RECEIVED FEB 09 2018 U.S.D.C. WP

① TOWN OF RAMAPO
237 ROUTE 59
SUFFERN, NY 10901
ROCKLAND, NEW YORK

② TOWN OF RAMAPO POLICE
S/A AS #1    (S/A = SAME ADDRESS)

③ CHRISTOPHER St. LAWRENCE (EX-TOWN SUPERVISOR)
S/A AS #1

④ PATRICK WITHERS (COUNCILMAN)
S/A AS #1

⑤ BRADLEY R. WEIDEL (CHIEF)
S/A AS #1

⑥ THOMAS COKELEY (CAPTAIN)
S/A AS #1

⑦ DAVID HOLMES (LIEUTENANT)
S/A AS #1

⑧ WILLIAM GRAVINA (LIEUTENANT)
S/A AS #1

⑨ DANIEL HYMAN (LIEUTENANT)
S/A AS #1

⑩ BRIAN CORBETT (SERGEANT)
   S/A AS # 1

⑪ SOLOMON MATOS (SERGEANT)
   S/A AS # 1

⑫ CHRISTOPHER FRANKLIN (SERGEANT)
   S/A AS # 1

⑬ AL GUMBS (SERGEANT)
   S/A AS # 1

# AFFIDAVIT OF SERVICE

Client Ref.:

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNST THEODORE TENEMILLE

Plaintiff(s),

vs.

TOWN OF RAMAPO, ET AL.

Defendant(s).

Civil Action Number: 18 CV 00724
Filed On:

State of New York: County of Rockland ss: Bernard E. Hughes, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **2/2/2018** at **12:02 PM** at **237 ROUTE 59, SUFFERN, NY 10901**
Deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL**
On **TOWN OF RAMAPO**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **MAUREEN PUHUSH** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Deputy Town Clerk/ Authorized** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **100-130 Lbs.** Height: **5' 4" - 5' 8"** Hair: **Dk. Brown** Glasses: **No** Other:

SWORN TO BEFORE ME ON
2/5/2018

*Tana Cornish*
TANA CORNISH
NOTARY PUBLIC OF NEW YORK
NO. 01CO6175244
QUALIFIED IN ROCKLAND COUNTY
MY COMMISSION EXPIRES 10/09/20__19

_____
Bernard E. Hughes




RECEIVED FEB 0 9 2018 U.S.D.C. WP