UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___ERNST THEODORE TENEMILLE___

Write the full name of each plaintiff.

___18___ CV ___00724___
(Include case number if one has been assigned)

-against-

___SEE ATTACHED ADDENDUM (1+2)___

**AMENDED COMPLAINT**

Do you want a jury trial?
☒ Yes  ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/18

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



RECEIVED
MAR 19 2018
U.S.D.C.
WP

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

SEE EXIBIT "V"

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
              (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__ERNST__ __T.__ __TENEMILLE__
First Name    Middle Initial    Last Name

__7 ARROW LANE__
Street Address

__NEW CITY__  __NEW YORK__  __10956__
County, City    State    Zip Code

__(845) 659-7844__  __ERNSTTENEMILLE@HOTMAIL.COM__
Telephone Number    Email Address (if available)

B. **Defendant Information** (SEE ADDENDUM #1 AND #2)

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____ SEE ADDENDUM #1 AND #2 _____
First Name             Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City             State             Zip Code

Defendant 2: _____
First Name             Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City             State             Zip Code

Defendant 3: _____
First Name             Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City             State             Zip Code

ADDENDUM #1 OF 2
ADENDUM #1 OF 2

① TOWN OF RAMAPO
   237 ROUTE 59
   SUFFERN, NY 10901
   ROCKLAND, NEW YORK

② TOWN OF RAMAPO POLICE
   S/A AS #1    (S/A = SAME ADDRESS)

③ CHRISTOPHER ST. LAWRENCE (EX-TOWN SUPERVISOR)
   S/A AS #1

④ PATRICK WITHERS (COUNCILMAN)
   S/A AS #1

⑤ BRADLEY R. WEIDEL (CHIEF)
   S/A AS #1

⑥ THOMAS COKELEY (CAPTAIN)
   S/A AS #1

⑦ DAVID HOLMES (LIEUTENANT)
   S/A AS #1

⑧ WILLIAM GRAVINA (LIEUTENANT)
   S/A AS #1

⑨ DANIEL HYMAN (LIEUTENANT)
   S/A AS #1

ADDENDUM #2 OF 2

~~ADENDUM #2 OF 2~~ or

(10) BRIAN CORBETT (SERGEANT)
S/A AS #1

(11) SOLOMON MATOS (SERGEANT)
S/A AS #1

(12) CHRISTOPHER FRANKLIN (SERGEANT)
S/A AS #1

(13) AL GUMBS (SERGEANT)
S/A AS #1

Defendant 4: _____
　　　　　　　　First Name　　　　　　　　　Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City　　　　　　　　　State　　　　　　　Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: __SEE EXIBIT "V"__

Date(s) of occurrence: __SEE EXIBIT "V"__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

SEE EXIBIT "V"

Page 5

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

SEE EXIBIT "V"

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

SEE EXIBIT "V"

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 3/19/2018

Plaintiff's Signature: [signed]

First Name: ERNST
Middle Initial: T.
Last Name: TENEMILLE

Street Address: 7 ARROW LANE

County, City: ROCKLAND COUNTY NEW CITY
State: NY
Zip Code: 10956

Telephone Number: (845) 659-7844
Email Address (if available): ERNSTTENEMILLE@HOTMAIL.COM

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes  ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.