

# Town of Ramapo Police Department
# GENERAL ORDER

**General Order No. 705**                     **Issuance Date:    December 1, 1999**
**Subject: Administration of Sick Leave and Line of Duty Injury Leave**
**Cross Reference:**                          **Effective Date:    December 1, 1999**
**Accreditation Ref:**
**Distribution:  All Members**               **Rescinded Date:**
**Issuing Authority:  Chief Peter Brower**

| Reevaluation | 7/01 | 2/02 | 2/07 | | | Amended | 8/01 | 2/02 | 8/05 | 6/07 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

## 705.1  Purpose

The purpose of this regulation is to define required actions and conduct of a member of the department who is absent from work due to illness or a line of duty injury and, actions required by supervisors with respect to the administration of members who are absent from work due to sickness or illness/injury occurring during the performance of official of duty.

A.  Sick leave benefits afforded by labor contract and line of duty injury benefits afforded by section 207-c of GML are valuable benefits for all police employees.  Police Department Management is obligated to administer and control the use of sick time.

B.  The rules of this article apply to all sworn members of the police department and govern the use, control and administration of sick and line of duty injury leave.  In the event a conflict exists between department policy and current contractual agreements, the provisions of the contract shall prevail.

## 705.2   Policy

It is the policy of the Town of Ramapo Police Department to manage and control employee absenteeism in a manner that is fair, consistent with law and labor agreement and which promotes the timely return of employees to productivity.