

SOKOLOFF
STERN LLP

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

STEVEN C. STERN
SSTERN@SOKOLOFFSTERN.COM

July 11, 2018

<u>Via ECF</u>
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re: *Tenemille v. Town of Ramapo, et al.*
        18 CV 00724 (KMK)
        File No. 180015

Your Honor:

  This firm represents defendants Town of Ramapo, its Police Department, Bradley Weidel, Thomas Cokeley, David Holmes, Daniel Hyman, Brian Corbett, Salomon Matos, and Christopher Franklin in the above-referenced matter. We write, with Plaintiff *pro se*'s consent, to request a three week extension of Defendants' deadline to serve their motion to dismiss, from July 31, 2018 to August 21, 2018, with concomitant extensions of the briefing schedule. This is our first request for an extension of these deadlines.

  We need this additional time because this firm has been impacted by several lengthy and unanticipated trials, followed by extensive motion practice on a number of matters. This extension will give us the additional time to fully address the allegations in Plaintiff's 102-paragraph complaint. Should the Court grant the requested extension, the briefing schedule will be as follows:

- Defendants' motion to dismiss – August 21, 2018;
- Plaintiff's opposition – October 5, 2018;
- Defendants' reply – October 26, 2018.

Thank you for your consideration of this request.

            Respectfully submitted,

            SOKOLOFF STERN LLP

            */s/ Steven C. Stern*

            STEVEN C. STERN

cc: Ernst T. Tenemille [via ECF]