

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

STEVEN C. STERN
SSTERN@SOKOLOFFSTERN.COM

November 8, 2018

Via ECF
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: *Tenemille v. Town of Ramapo, et al.*
18 CV 00724 (KMK)
File No. 180015

Your Honor:

We represent defendants Town of Ramapo, its Police Department, Bradley Weidel, Thomas Cokeley, David Holmes, Daniel Hyman, Brian Corbett, Salomon Matos, and Christopher Franklin in the above-referenced matter. We write to request until November 16 to submit our reply in further support of our motion to dismiss. When Plaintiff's counsel appeared in this case, he was granted an extension to oppose the motion without setting a new deadline for our reply. He has, however, consented to this proposed deadline.

Thank you for your consideration of this request.

Respectfully submitted,

SOKOLOFF STERN LLP

*Steven C. Stern*

STEVEN C. STERN

cc: Christopher Young [via ECF]
    Dayton Peter Haigney, III [via ECF]

Granted.
So Ordered
*/s/ KMK*
11/9/18