

Honorable Kenneth M. Karas
United States District Judge Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

Re: Tenemille v. Town of Ramapo, et al. 18 CV 00724 (KMK)

November 09, 2020

Your Honor,

I write to respectfully request a four to six week extension of Plaintiff's deadline to respond to Your Honor's filed Opinion/Order.

Plaintiff spent the lion's share of his allotted time seeking to hire an attorney, but has had no success doing so. As this complaint may well represent Plaintiff's last opportunity to present his case to the Court, the extra time is being respectfully requested to perfect Plaintiff's argument.

Your Honor, Plaintiff thanks you for your kind consideration.

Respectfully submitted,

Ernst Theodore Tenemille
Pro Se

Plaintiff has until 12/1/20 to respond to the Court's Opinion and Order.

So Ordered.

11/10/20