

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516) 334-4500 FACSIMILE (516) 334-4501 WWW.SOKOLOFFSTERN.COM

**SOKOLOFF STERN LLP**

**MEMO ENDORSED**

VERNÉE C. PELAGE
VPELAGE@SOKOLOFFSTERN.COM

February 24, 2021

Via ECF
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re: *Tenemille v. Town of Ramapo, et al.*
> Docket No. 18-CV-00724 (KMK)
> File No. 180015

Your Honor:

This firm represents defendants Town of Ramapo, its Police Department, Bradley Weidel, Thomas Cokeley, David Holmes, Daniel Hyman, Brian Corbett, Salomon Matos, and Christopher Franklin in the above-referenced matter. We write to request an extension of Defendants' deadline to serve their motion to dismiss, from March 1, 2021 to March 22, 2021, with concomitant extensions of the briefing schedule. This is our first request for an extension of these deadlines. Plaintiff *pro se* does not oppose the requested extension.

We require this additional time because we have been impacted by extensive motion practice and other deadlines in other matters. This extension will provide us the additional time to fully address the allegations in Plaintiff's 120-paragraph amended complaint, which presents the issues somewhat differently than the previous iterations. Should the Court grant the requested extension, the briefing schedule will be as follows:

- Defendants' motion to dismiss: March 22, 2021;
- Plaintiff's opposition: April 22, 2021; and
- Defendants' reply: May 13, 2021.

Thank you for your consideration of this request.

Granted, but there be no more extensions.

So Ordered.

*/s/ K.M.K.*
2/25/21

Respectfully submitted,

SOKOLOFF STERN LLP

*/s/ V. Pelage*
VERNÉE C. PELAGE

cc: Ernst T. Tenemille [via Regular Mail]