UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNST THEODORE TENEMILLE,

                    Plaintiff,

          v.                                                    No. 18-CV-724 (KMK)

TOWN OF RAMAPO, *et al.*,                                       ORDER

                    Defendants.

KENNETH M. KARAS, United States District Judge:

     Plaintiff brought this Action on January 26, 2018.  (*See* Compl. (Dkt. No. 1).)  On January 13, 2022, the Court granted Defendants' motions to dismiss Plaintiff's Fourth Amended Complaint, and granted Plaintiff leave to amend within 30 days.  (*See* Order (Dkt. No. 109).)  On February 13, 2022, Plaintiff moved for reconsideration in lieu of amending.  (*See* Mot. to Amend/Correct Opinion & Order (Dkt. No. 110).)  On June 7, 2022, the Court construed his motion as a motion to vacate the Court's judgment under Rule 60(b) and denied it.  (*See* Order (Dkt. No. 118).)  Plaintiff appealed, and the United States Court of Appeals for the Second Circuit affirmed the Court's judgment on November 18, 2025.  (*See* Mandate of USCA (Dkt. No. 122).)  Accordingly, consistent with the Second Circuit's mandate, the Court respectfully directs the Clerk of Court to close this case.

SO ORDERED.

DATED:      March 31, 2026
            White Plains, New York

                                             _____
                                             KENNETH M. KARAS
                                             UNITED STATES DISTRICT JUDGE